# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ORLANDO GRIFFIN

NO. 2021 KW 0593

**JULY 19, 2021**

---

In Re:     Orlando Griffin, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 06310.

---

**BEFORE:  WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to provide this court with a copy of the indictment or bill of information, the commitment order, all pertinent minute entries and/or transcripts, and other portions of the district court record that might support relator's claims. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before September 14, 2021. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**VGW**
**JEW**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT